**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: 45TH JUDICIAL DISTRICT -     :   No. 32 MM 2020
REQUEST FOR EMERGENCY JUDICIAL   :
ORDER  (LACKAWANNA COUNTY)       :

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of June, 2021, the Application for Relief pursuant to Pa.R.J.A. 1952(B)(m)(2), filed by the Honorable Trish Corbett, is GRANTED.  The President Judge of the 45th Judicial District is authorized to suspend state or local rules that restrict the use of advanced communication technology (ACT) in court proceedings through August 31, 2021.  Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.